**Charles E. POSEY, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,
Respondent.**

No. 2008–3232.

United States Court of Appeals,
Federal Circuit.

Aug. 11, 2008.

Charles E. Posey, Gadsden, AL, pro se.

Jane C. Dempsey, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The order of dismissal and the mandate dated 07/24/2008, 314 Fed.Appx. 293, having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Respondent's brief is due on or before September 4, 2008.

---

**MINKA LIGHTING, INC. and Jen-Lung David Tai, Plaintiffs–Appellants,**

v.

**RELIANCE LIGHTING, INC. and Thomas Cox, Defendants–Appellees,**

and

**Aloha Housewares Company Limited, Liang Chou Pierce Wang, and Frank Blateri, Defendants–Appellees.**

No. 2008–1419.

United States Court of Appeals,
Federal Circuit.

Aug. 13, 2008.

Phillip B. Philbin, Anne McGowan Johnson, Haynes & Boone, LLP, Dallas, TX, Benjamin G. Shatz, Manatt, Phelps & Phillips, LLP, Los Angeles, CA, for Defendants–Appellees.

Lisa H. Meyerhoff, Todd Young Brandt, Tan Pham, Valerie K. Friedrich, Myall S. Hawkins, Baker & McKenzie LLP, Houston, TX, for Plaintiffs–Appellants.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).